FM 210A (10/06)

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 11-26535-JKF |
| RICHARD ALLEN KOLOSKY § | |
| ELIZABETH ANN KOLOSKY § | |
| DEBTOR § | |
| § | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Nationstar Mortgage, LLC** | **Aurora Bank F.S.B.** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee
Should be sent:

**Nationstar Mortgage, LLC**
**P.O. Box 829009**
**Dallas, Texas 75382-9009**

Court Claim # (if known): 10
Amount of Claim: $121,833.32 (secured)
             $5,523.54 (arrears)
Date Claim Filed: 03/05/2012

Phone: **(800) 766-7751**
Last Four Digits of Acct #: **xxxxxx0805**

Phone:_____
Last Four Digits of Acct.# 6154

Name and Address where transferee payments should
be sent (if different from above):

Nationstar Mortgage, LLC
Bankruptcy Department
350 Highland Drive
Lewisville, Texas 75067

Phone: **(800) 766-7751**
Last Four Digits of Acct #: **xxxxxx0805**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Craig A. Edelman
     Transferee/Transferee's Agent         Date:   July 25, 2012

*Penalty of making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both 18 U.S.C. §§ 152 & 3571*

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

      I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 25th day of July 2012 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
Richard Allen Kolosky
321 Walnut Hill Road
Uniontown, Pennsylvania 15401

Elizabeth Ann Kolosky
321 Walnut Hill Road
Uniontown Pennsylvania 15401

**Debtors' Attorney**
Elliott J. Schuchardt
Schuchardt Law Firm
U.S. Steel Tower, Suite 660
600 Grant Street
Pittsburgh, PA  15219

**Chapter 13 Trustee**
Ronda J. Winnecour
600 Grant Street, Suite 3250, USX Tower
Pittsburgh, Pennsylvania 15219

**US Trustee**
Office of the US Trustee
1001 Liberty Avenue, Ste. 970
Pittsburgh, Pennsylvania  15222

                                          /s/ Craig A. Edelman
                                          Craig A. Edelman