B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Western District of Pennsylvania

In re  Richard Allen Kolosky                 ,         Case No.  11-26535
       Elizabeth Ann Kolosky

## AMENDED

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| American Financial Resources, Inc | Nationstar Mortgage, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  3637 Sentara Way
  Virgina Beach, VA 23452

Court Claim # (if known): 10-1
Amount of Claim: $121,833.32
Date Claim Filed: 03/05/2012

Phone: 1-800-909-9525
Last Four Digits of Acct #: 1671

Phone: 308-635-3500
Last Four Digits of Acct. #: 6154

Name and Address where transferee payments should be sent (if different from above):
  3637 Sentara Way
  Virgina Beach, VA 23452

Phone: 1-800-909-9525
Last Four Digits of Acct #: 1671

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Leslie J. Rase, Esquire  # 58365         Date: 12/12/2014
      Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.