**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD ALLEN KOLOSKY<br>ELIZABETH ANN KOLOSKY<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>  vs.<br><br>AMERICAN FINANCIAL RESOURCES INC<br>    Respondent(s) | Case No. 11-26535GLT<br><br>Chapter 13<br><br>Document No.___ |

NOTICE OF FINAL CURE PAYMENT

    Pursuant to Rule 3002.1(f) of the Federal Rules of Bankruptcy Procedure, Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e. the Respondents named above, that the amount required to cure the prepetition mortgage arrears claim has been paid in full. The Trustee has made post-petition mortgage payments through DECEMBER 2014.

    Pursuant to Rule 3002.1(g) of the Federal Rules of Bankruptcy Procedure, not later than 21 days after service of this notice, the holder(s) of a claim secured by a security interest in the debtor's principal residence shall file and serve on the debtor, debtor's counsel and the Trustee a statement indicating: (1) whether it agrees that the debtor has paid in full the amount required to cure the default on the claim, and (2) whether the debtor is otherwise current on all payments through DECEMBER 2014, consistent with §1322(b)(5) of the Code. The statement shall itemize the required cure or postpetition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim, and shall not be subject to Rule 3001(f).

Trustee Record Number - 16
Court Claim Number - 10

12/15/2014

/s/   Ronda J. Winnecour
Pa. ID  #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
RICHARD ALLEN KOLOSKY
ELIZABETH ANN KOLOSKY
    Debtor(s)

Ronda J. Winnecour

    Movant
vs.

AMERICAN FINANCIAL RESOURCES INC
    Respondent(s)

Case No. 11-26535GLT

Chapter 13

Document No.___

**CERTIFICATE OF SERVICE**

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

> RICHARD ALLEN KOLOSKY, ELIZABETH ANN KOLOSKY, 321 WALNUT HILL ROAD, UNIONTOWN, PA  15401
> ELLIOTT J SCHUCHARDT ESQ, SCHUCHARDT LAW FIRM, 660 US STEEL TOWER, 600 GRANT ST, PITTSBURGH, PA  15219
> AMERICAN FINANCIAL RESOURCES INC, 9990 RICHMOND AVE STE 400 SOUTH, HOUSTON, TX  77042-4546
> AMERICAN FINANCIAL RESOURCES, 3637 SENTARA WAY, VIRGINIA BEACH, VA  23452
> LESLIE J RASE ESQ, STERN AND EISENBERG PC, THE SHOPS AT VALLEY SQUARE, 1581 MAIN ST STE 200, WARRINGTON, PA  18976

12/15/2014

/s/ Samantha Carroll

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com